UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

684267
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

**Order Filed on June 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

   KAREN M. MCDONALD

Debtor

Case No.: 14-19527 - JNP

Judge: JERROLD N. POSLUSNY JR.

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER APPROVING WELLS FARGO BANK, N.A.'S
APPLICATION FOR ADMINISTRATIVE EXPENSES**

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the application of WELLS FARGO BANK, N.A., for an Order approving the reimbursement of administrative expenses, it is

ORDERED that the Creditor's Application is APPROVED.

It is further ORDERED that Debtor shall file an Amended Plan within 10 days providing for the reimbursement of administrative expenses to Movant.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*