|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>684267<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | **Order Filed on June 5, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    KAREN M. MCDONALD<br><br>Debtor | Case No.: 14-19527 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

### ORDER APPROVING WELLS FARGO BANK, N.A.'S
### APPLICATION FOR ADMINISTRATIVE EXPENSES

___ The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the application of WELLS FARGO BANK, N.A., for an Order approving the reimbursement of administrative expenses, it is

ORDERED that the Creditor's Application is APPROVED.

It is further ORDERED that Debtor shall file an Amended Plan within 10 days providing for the reimbursement of administrative expenses to Movant.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-19527-JNP
Karen M. McDonald                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Jun 05, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
db            +Karen M. McDonald,    2717 Mimosa Court,    Mays Landing, NJ 08330-2463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
      Chad M. Sherwood    on behalf of Debtor Karen M. McDonald chad@sherwoodlegal.com
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
   bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A.
   bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
   summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Sherri J. Braunstein    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
   nj.bkecf@fedphe.com
                                                                                                                                              TOTAL: 8