| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>684267<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | Order Filed on September 3,<br>2019 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>   KAREN M. MCDONALD<br><br>   Debtor | Case No.: 14-19527 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

### AMENDED ORDER APPROVING WELLS FARGO BANK, N.A.'S APPLICATION FOR ADMINISTRATIVE EXPENSES

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 3, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the application of WELLS FARGO BANK, N.A., for an Order approving the reimbursement of administrative expenses, it is

ORDERED that the Creditor's Application is APPROVED.

It is further ORDERED that Debtor shall file an Amended Plan within 10 days providing for the reimbursement of administrative expenses in the amount of $3,991.41 to Movant.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*