| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>684267<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | **Order Filed on September 3, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>   KAREN M. MCDONALD<br><br>   Debtor | Case No.: 14-19527 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

**AMENDED ORDER APPROVING WELLS FARGO BANK, N.A.'S
APPLICATION FOR ADMINISTRATIVE EXPENSES**

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 3, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the application of WELLS FARGO BANK, N.A., for an Order approving the reimbursement of administrative expenses, it is

ORDERED that the Creditor's Application is APPROVED.

It is further ORDERED that Debtor shall file an Amended Plan within 10 days providing for the reimbursement of administrative expenses in the amount of $3,991.41 to Movant.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-19527-JNP
Karen M. McDonald　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Sep 04, 2019
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db　　　　　+Karen M. McDonald,　2717 Mimosa Court,　Mays Landing, NJ 08330-2463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
　　　　Andrew L. Spivack　　on behalf of Creditor　　WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
　　　　Chad M. Sherwood　　on behalf of Debtor Karen M. McDonald chad@sherwoodlegal.com
　　　　Denise E. Carlon　　on behalf of Creditor　　Wells Fargo Bank, N.A.
　　　　bankruptcynotice@zuckergoldberg.com,　bkgroup@kmllawgroup.com
　　　　Denise E. Carlon　　on behalf of Creditor　　WELLS FARGO BANK, N.A.
　　　　bankruptcynotice@zuckergoldberg.com,　bkgroup@kmllawgroup.com
　　　　Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
　　　　summarymail@standingtrustee.com
　　　　Isabel C. Balboa　　ecfmail@standingtrustee.com,　summarymail@standingtrustee.com
　　　　Isabel C. Balboa (NA)　　on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
　　　　Sherri Jennifer Smith　　on behalf of Creditor　　WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
　　　　nj.bkecf@fedphe.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8